UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

-------------------------------------------------------------------------x
KEVIN COHNEN, individually and on behalf of all others similarly situated;

                              Plaintiff,

-v.-

HAYT, HAYT, & LANDAU, LLC
and John Does 1-25.

                              Defendant(s).
-------------------------------------------------------------------------x

Civil Action No:
2:20-cv-2429

**STIPULATION OF DISMISSAL WITH PREJUDICE TO DEFENDANT HAYT, HAYT & LANDAU, LLC AND DISMISSAL WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Kevin Cohnen, and the Defendant Hayt, Hayt & Landau, LLC in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs as between Plaintiff, Kevin Cohnen, and Defendant, Hayt, Hayt & Landau, LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and is dismissed without prejudice as to the potential putative class, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and that dismissal may be entered in the above entitled action as stated herein.

**Dated:** February 4, 2021

| For Plaintiff Kevin Cohnen | For Defendant Hayt, Hayt, & Landau, LLC |
|---|---|
| *s/Raphael Deutsch* | */s/ Martin Rubin* |
| Raphael Deutsch, Esq. | Martin Rubin |
| Stein Saks, PLLC | Law Offices of Hayt, Hayt & Landau, LLC |
| 285 Passaic Street | 2 Industrial Way West PO Box 500 |
| Hackensack, NJ 07601 | Eatontown, NJ 07724 |
| 201-282-6500 | 732-935-6923 |
| rdeutsch@steinsakslegal.com | mrubin@haytlaw.com |

## CERTIFICATE OF SERVICE

I certify that on February 4, 2021, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/Raphael Deutsch*
Raphael Deutsch, Esq.
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
*Attorneys for Plaintiff*

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 2/4/21

2